# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pedro Ayan Costa Benilez,

        Petitioner,

v.

Luis Rosa, Jr.,

        Respondent.

No. CV-26-01455-PHX-SHD (MTM)

**ORDER**

Petitioner challenged his present immigration detention, arguing he was released on an order of supervision and redetained without any due process. (Doc. 1.) The Court directed Respondents to respond to the Petition (Doc. 5.)  Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his procedural due process claim.

**IT IS THEREFORE** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his redetention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of March, 2026.

_____
Honorable Sharad H. Desai
United States District Judge